FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 SEP 21 PM 4:10
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | 8:26CR175 |
| vs. | INDICTMENT |
| DONTAE MIDDLEBROOK, Defendant. | 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) |

The Grand Jury charges that

**COUNT ONE**
(Possession With Intent To Distribute Methamphetamine)

On or about August 19, 2026, in the District of Nebraska, defendant DONTAE MIDDLEBROOK, knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

JOHN A. PFEIFER
Assistant United States Attorney